

**SEALED**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**BILL OF INFORMATION FOR CONSPIRACY TO
COMMIT BRIBERY AND HONEST SERVICES WIRE FRAUD**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 12-294 |
| **v.** | * | **SECTION:** SECT. E MAG. 2 |
| **RODNEY WILLIAMS** | * | **VIOLATION:** 18 U.S.C. § 371 |
| | * | |
| * | * | * |

The United States Attorney charges that:

### COUNT 1

**A.**   **AT ALL TIMES MATERIAL HEREIN:**

1.    The defendant, **RODNEY WILLIAMS**, served as the President of Three Fold Consultants, LLC. As company president, **RODNEY WILLIAMS** was responsible for developing business opportunities with the City of New Orleans.

2.    The City of New Orleans was a local government municipality within the State of Louisiana and received federal assistance in excess of $10,000 annually.

4.    Public Official "A" was an agent of the City of New Orleans from in or near May, 2002 through May, 2010.

Fee USA.
Process
X Dktd
CtRmDep
Doc. No.

**B.    THE CONSPIRACY:**

Beginning on or about November, 2007, and continuing through May, 2010, in the Eastern District of Louisiana, and elsewhere, the defendant, **RODNEY WILLIAMS**, and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire and agree with each other:

1) to corruptly give, offer, and agree to give something of value to Public Official "A," that is payoffs intended to influence and reward Public Official "A" for his assistance in connection with a series of transactions worth $5000 or more with the City of New Orleans, in violation of Title 18, United States Code, Section 666(a)(2); and

2) to devise and intend to devise a scheme and artifice to defraud the City of New Orleans, and its citizens of their intangible right to receive the honest services of Public Official "A", through bribes and kickbacks, involving the use of interstate wire transmissions, in violation of Title 18, United States Code, Sections 1343 and 1346.

**C.    OVERT ACTS:**

On or about the following dates, in furtherance of and to conceal the conspiracy and accomplish its purposes, the defendant, **RODNEY WILLIAMS**, and others, committed the following overt acts, among others, in the Eastern District of Louisiana and elsewhere:

1) Beginning in or near January, 2008, in connection with obtaining work with the City of New Orleans, **RODNEY WILLIAMS**, provided payoffs to Public Official "A." In completing these payoffs, the defendant caused electronic wire transmissions to travel outside of the State of Louisiana and across state lines for the purpose of executing the scheme and artifice to defraud.

2) From in or near November, 2007, and continuing through in or near May, 2010, Public Official "A" used his public office and his official capacity to benefit defendant's business interests in exchange for the payoffs from defendant, **RODNEY WILLIAMS**.

3)      Defendant, **RODNEY WILLIAMS,** and Public Official "A" also created and used corporate documents to disguise the true nature of the payoffs.

All in violation of Title 18, United States Code, Section 371.


JIM LETTEN [8517]
UNITED STATES ATTORNEY


MATTHEW M. COMAN [23613]
Assistant United States Attorney


RICHARD R. PICKENS, II [22593]
Assistant United States Attorney


New Orleans, Louisiana
November 13, 2012


3

No. _____

# United States District Court

### FOR THE

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

*vs.*

RODNEY WILLIAMS

BILL OF INFORMATION FOR CONSPIRACY TO
COMMIT BRIBERY AND HONEST SERVICES WIRE
FRAUD

Violation(s):  18 U.S.C. § 371

*Filed* _____, 20 12 _____, *Clerk.*

*By* _____, *Deputy*

RICHARD R. PICKENS, II
Assistant United States Attorney